THE COUNTY OF JEFFERSON, Appellant, *v.* THE COUNTY OF OSWEGO, Respondent.

*County of Jefferson* v. *County of Oswego,* 102 App. Div. 232, affirmed. (Argued October 10, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 10, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover a sum paid by the plaintiff for the support at the Matteawan State Hospital of an insane person who was a resident of Oswego county but under indictment in Jefferson county, his trial having been suspended on account of insanity.

*E. C. Emerson* for appellant.

*Merrick Stowell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.